Argued and submitted March 21, affirmed May 25, 1994

## KENNETH R. BARNETT,
*Appellant,*

*v.*

## Manfred (Fred) MAASS,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(93C-12607; CA A81424)

874 P2d 1357

Christopher J. Shine, Multnomah Defenders, argued the cause and filed the brief for appellant.

Timothy A. Sywester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and Riggs and Haselton, Judges.

PER CURIAM

Affirmed. *Perry v. Zenon,* 127 Or App 682, 874 P2d 89 (1994).